IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KE'MONTAE JORDAN, | : |
| Petitioner, | : |
| VS. | : |
| | : NO. 5:25-cv-00462-CAR-CHW |
| MATTHEW L. MOULTON, | : |
| Respondent. | : |

**ORDER**

Petitioner Ke'Montae Jordan, a pretrial detainee in the Houston County Detention Center in Perry, Georgia, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. He has not, however, paid the $5.00 filing fee or moved to proceed *in forma pauperis*.

Petitioner is, therefore, **ORDERED** either to pay the $5.00 filing fee or to move to proceed *in forma pauperis* by filing "the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the [prison]." Habeas Corpus R. 3(a)(2). Petitioner shall have **FOURTEEN (14) DAYS** to comply with this Order and his failure to do so may result in dismissal of this action. Also, Petitioner must keep the Court informed of any address change and his failure to do so may result in dismissal of his action.

The Clerk of Court is **DIRECTED** to forward the appropriate financial forms (with the civil action number written on them) to Petitioner along with a copy of this Order.

**SO ORDERED and DIRECTED**, this 21st day of November, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge