IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KE'MONTAE JORDAN,                          *

        Petitioner,                         *

v.                                            Case No. 5:25-cv-00462-CAR-CHW

                             *

MATTHEW L MOULTON,                          *

        Respondent.                         *

                             *

## J U D G M E N T

Pursuant to this Court's Order dated March 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 2nd day of March, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk